UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Luis Tacuri and Timoteo Castaneda on behalf of themselves and all other persons similarly situated

                      Plaintiffs,
    -against-

Nithun Construction Company and Nurul Amin,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. 14-CV-2908 (CBA) (RER)

**RESPONSE TO ORDER TO SHOW CAUSE**

Defendants Nurul Amin and Nithun Construction Company, by Ross & Asmar LLC. 499 Seventh Avenue, 23rd Floor South Tower, New York, NY 10018, respond to the Order to Show Cause dated October 26, 2020 as follows:

Defendants Nurul Amin and Nithun Construction Company advise counsel that they are unable to pay the amount ordered by the Court due to financial difficulty. The Defendants have fully complied with the information requests in the information subpoena served by counsel for the Plaintiff. Defendants advise that their financial situation has worsened since the response to the information subpoena as a result of the COVID-19 pandemic.

Defendants Nurul Amin and Nithun Construction Company respectfully request that the Court enter judgment against Defendants for the amount ordered to be paid.

                                          ROSS & ASMAR LLC

                                          */s/ Steven B. Ross*

                                          By: Steven B. Ross (SR 5059)

                                          499 Seventh Avenue, 23rd Floor, S. Tower

New York, NY 10018

(212) 736-4202

steven@rossasmar.com